## CERTIFICATION

I, the United States Attorney for the Eastern District of Texas, acting under 28 U.S.C. § 2679 and by virtue of the authority vested in me by the Attorney General under 28 C.F.R. § 15.4, certify that I have reviewed the Plaintiff's Original Complaint in *Andy L. Smith v. Cathy Baxter*, Case No. S1-411-18, pending in Gregg County Justice Court, Precinct # 1, Gregg County, Texas. On the basis of the pleadings, along with other information now available to me with respect to the allegations in this case, I find that Defendant Cathy Baxter was at the time of the alleged incidents in question an employee of the United States Postal Service, an agency of the United States, and that she acted, if at all, within the scope of her office or employment at the time of the incidents out of which the claims arise.

SIGNED this 16th day of October, 2018

JOSEPH D. BROWN
United States Attorney
Eastern District of Texas